IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED JUL 0 6 2012

CARLOS JIMINEZ : CIVIL ACTION
:
v. :
:
BRIAN V. COLEMAN, et al. : NO. 11-7007

## ORDER

EDMUND V. LUDWIG J.,

AND NOW, this 6th day of July, 2012, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.
   - No objections filed.
2. The petition for a writ of habeas corpus is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

ENTERED
JUL 0 6 2012
CLERK OF COURT

_____
EDMUND V. LUDWIG, J.