**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CARLOS A. JIMENEZ** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **BRIAN V. COLEMAN, et al.** | : | **NO. 11-7007** |

## <u>ORDER</u>

This 13th day of November, 2023, upon careful consideration of the Motion for Rule 60(b)(6) relief filed by Petitioner, ECF 21, it is hereby **ORDERED** as follows:

1. The Motion for Rule 60(b)(6) relief, ECF 21, is **DENIED**.

2. There is no basis for issuance of a certificate of appealability.


<u>/s/ Gerald A. McHugh</u>
United States District Judge